UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
THOMAS A. IAZZETTI,

Plaintiff,

-against-                                                                          18 **CIVIL** 6200 (NSR)

**JUDGMENT**

TOWN OF TUXEDO and MICHAEL ROST,

Defendants.
----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Opinion and Order dated July 27, 2020, Defendants' motion to dismiss

Plaintiff's Complaint is GRANTED. The Court, however, granted Plaintiff leave to file an

amended complaint in accordance with the Order as to those claims not dismissed with prejudice.

Plaintiff had until August 28, 2020 to file his amended complaint. Since Plaintiff failed to file an

amended complaint within the time allowed, and without good cause, Plaintiffs claims are

dismissed with prejudice; accordingly, this case is closed.

**Dated:** New York, New York

October 5, 2020

**RUBY J. KRAJICK**

_____
**Clerk of Court**

BY:
_____
**Deputy Clerk**